**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan YANEZ–HERNANDEZ, aka Juan
Brito Trujillo, Rogelio Hernandez,
Juan Hernandez, Rogelio Guardarra-
ma, Juan Guerrera–Moreno, Arturo
Hernandez–Yaniz, Defendant—Appel-
lant.**

No. 05–10567.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 27, 2006.

Gary M. Restaino, Assistant U.S. Attor-
ney, Phoenix, AZ, for Plaintiff–Appellee.

Lynn T. Hamilton, Esq., Hamilton Law
Office, PC, Mesa, AZ, for for Defendant–
Appellant.

Before: ALARCÓN, HAWKINS, and
THOMAS, Circuit Judges.

MEMORANDUM **

Juan Yanez–Hernandez appeals from
the 51–month sentence imposed following
his guilty plea conviction for unlawful
reentry of a deported alien, in violation of
8 U.S.C. § 1326(a), enhanced by (b)(2).

Pursuant to *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), Yanez–Hernandez's counsel has
filed a brief stating there are no grounds
for relief, along with a motion to withdraw
as counsel of record. Yanez–Hernandez
filed a *pro se* brief. The Government did
not file an answering brief.

We have reviewed the briefs and con-
ducted an independent review of the rec-
ord pursuant to *Penson v. Ohio,* 488 U.S.
75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), and we dismiss in light of the valid
appeal waiver. *See United States v. Ngu-
yen,* 235 F.3d 1179, 1182 (9th Cir.2000)
(appeal waiver valid when entered into
knowingly and voluntarily).

Counsel's motion to withdraw is
GRANTED.

DISMISSED.

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Librado REYES–ROCHA,
Defendant—Appellant.**

No. 05–10511.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suit-
 able for decision without oral argument. *See*
 Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
 cation and may not be cited to or by the

Submitted July 24, 2006.*

Decided July 27, 2006.

Timothy Francisco Andrews, Office of the U.S. Attorney, Yuma, AZ, for Plaintiff–Appellee.

Marc J. Victor, Esq., Victor & Hall, PLC, Mesa, AZ, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Librado Reyes–Rocha appeals from the district court's judgment and 46–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), as enhanced by (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Reyes–Rocha has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Reyes–Rocha filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v.*

*Cardenas,* 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is GRANTED and this appeal is DISMISSED.

**UNITED STATES Of America, Plaintiff—Appellee,**

v.

**Michael Torres JAIMES, Defendant—Appellant.**

No. 05–10385.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 15, 2006.

Decided July 27, 2006.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.